UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE JAMES, on behalf of
herself and others similarly situated,

       Plaintiff,

                                  Case No. 8:15-cv-2218-JSM-TBM

v.

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

       Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, Commonwealth Financial Systems, Inc., (CFS), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 18, 2015

                                  Respectfully submitted,

                                /s/ Rachel A. Morris
                                Rachel A. Morris, Esq.
                                Florida Bar No. 091498
                                Dayle M. Van Hoose, Esq.
                                Florida Bar No. 0016277
                                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                3350 Buschwood Park Drive, Suite 195
                                Tampa, Florida  33618

Telephone: (813) 890-2469
Facsimile: (866) 209-0761
rmorris@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Commonwealth Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of November 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Michael Greenwald, Esq.
Aaron D. Radbil, Esq.
Greenwald Davidson, PLLC
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
mgreenwald@gdrlawfirm.com
aradbil@gdrlawfirm.com

/s/ Rachel A. Morris
Attorney