# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHELLE JAMES,

    Plaintiff,

v.                                               Case No: 8:15-cv-2218-T-30TBM

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

    Defendant.

_____

## ORDER

The Court has been advised via Defendant's Notice of Pending Settlement (Dkt. #10) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of November, 2015.

                                                                JAMES S. MOODY, JR.
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record